UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEO HACKETT,<br><br>　　　　　Defendant. | No. 1:18-cr-00097-DAD<br><br>ORDER REFERRING MOTION FOR ADJUSTMENT OF TIME CREDITS UNDER THE FIRST STEP ACT TO FEDERAL DEFENDER'S OFFICE |

On December 10, 2018, the undersigned revoked defendant Hackett's supervised release and sentenced him to the custody of the Bureau of Prisons with no term of supervised release to follow. (Doc. Nos. 11, 12.)

On February 1, 2019, defendant filed a *pro se* motion characterized by him as seeking an adjustment to the time credits on his sentence pursuant to the recently enacted First Step Act, 18 U.S.C. § 3631, et. seq. (Doc. No. 14.) Pursuant to General Order No. 595 and out of an abundance of caution, the Federal Defender's Office ("FDO"), is appointed to represent defendant in conjunction with this motion. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, the government shall have 30 days from the

/////

/////

1

date of the FDO's filing to file a response to defendant's motion. Any reply shall be filed within fifteen days of the filing of any response by the government.

IT IS SO ORDERED.

Dated: __April 4, 2019__    _____/s/ Dale A. Drozd_____
                                               UNITED STATES DISTRICT JUDGE