1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 1:18-cr-00097-DAD

12                Plaintiff,

13        v.                                ORDER REQUIRING RESPONSE FROM
                                            THE GOVERNMENT
14   LEO HACKETT,
                                            (Doc. No. 17)
15                Defendant.

16

17        On February 1, 2019, defendant filed a *pro se* motion to reduce his sentence pursuant to

18   the First Step Act, 18 U.S.C. § 3631 *et seq.* (Doc. No. 14.) Thereafter, the court appointed the

19   Federal Defender's Office ("FDO") to represent defendant in conjunction with that motion and

20   set a briefing schedule. (Doc. No. 15.) Pursuant to that briefing schedule, the FDO was given 60

21   days from the date of the order to file a supplement to defendant's *pro se* motion, and the

22   government was given 30 days to file a response. (*Id.*) The FDO filed its brief on June 3, 2019.

23   (Doc. No. 16.) Although more than thirty days have now passed, the government has not filed a

24   response to defendant's motion, nor has the it requested an extension of time to do so. The FDO,

25   accordingly, filed a notice of government's default on July 9, 2019, seeking an immediate ruling

26   from this court on defendant's motion.[1] (Doc. No. 17.)

27   _____

28   [1] As indicated in the motion pending before the court it is defendant's position that the granting
     of relief should result in his immediate release from confinement. (Doc. No. 16 at 2.)

                                            1

The government will be granted until July 11, 2019 to file any opposition to the pending motion for relief or statement of non-opposition.  If no such filing is received from the government by that date, the court will grant defendant's motion as unopposed.

IT IS SO ORDERED.

Dated:   **July 10, 2019**

_____
UNITED STATES DISTRICT JUDGE