UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO HACKETT,<br><br>Defendant. | No. 1:18-cr-00097-DAD<br><br>ORDER REQUIRING RESPONSE FROM DEFENSE COUNSEL<br><br>(Doc. No. 14) |

On February 1, 2019 defendant filed a *pro se* motion to reduce his sentence pursuant to the First Step Act, 18 U.S.C. § 3631 *et seq.* (Doc. No. 14.) Thereafter the court appointed the Federal Defender's Office ("FDO") to represent defendant in conjunction with that motion. (Doc. No. 15.) The FDO filed its brief in support of defendant's motion on June 3, 2019. (Doc. No. 16.) On July 9, 2019, the FDO filed a notice of the government's default, seeking an immediate ruling from this court on defendant's motion. (Doc. No. 17.) After the court granted the government leave to file its response to defendant's motion past the initial briefing deadline (Doc. No.18), the government filed its opposition on July 11, 2019 (Doc. No. 19).

Defendant argued in the pending motion that the granting of relief should result in his immediate release from confinement under the First Step Act's provision concerning good time credits. (Doc. No. 16 at 2.) Defendant contends that his release date should have been advanced to June 30, 2019 and avers to have been prejudiced by the Bureau of Prisons' ("BOP") delayed

1

implementation[1] of the First Step Act's good time provisions. (*Id.*)

The court was not persuaded by defendant's arguments in this regard but also recognizes that his request for an immediate release from confinement before BOP's July 19, 2019 implementation date may now be moot.[2] Accordingly, the FDO is directed to inform the court in writing within seven days from the date of service of this order whether defendant was released from BOP custody on July 19, 2019.

IT IS SO ORDERED.

Dated: **July 25, 2019**

UNITED STATES DISTRICT JUDGE

---

[1] The statutory deadline for BOP's enactment of the First Act provisions was July 19, 2019. *See Bottinelli v. Salazar*, No. 19-35201, 2019 WL 3071298, at *3 (9th Cir. 2019).

[2] *See* Press Release, United States Department of Justice, Department of Justice Announces the Release of 3,100 Inmates Under First Step Act, Publishes Risk And Needs Assessment System (July 19, 2019), https://www.justice.gov/opa/pr/department-justice-announces-release-3100-inmates-under-first-step-act-publishes-risk-and. The court believes that approximately 2,000 prisoners may have been released from BOP custody on that date as a result of the new method of calculating good time credits mandated by the Act.